# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153203 & (10)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SIGMUND FLOYD RUMPF,
      Defendant-Appellant.

SC: 153203
COA: 331000
Barry CC: 15-000620-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 11, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2016



Clerk

a0316